## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JONAH GERMANY,                           :        Civil No. 3:20-cv-651
                                         :
              Plaintiff                   :        (Judge Mariani)
                                         :
    v.                                   :
                                         :
GREGORY BRIGGS, *et al.*,                 :
                                         :
              Defendants                  :

### ORDER

**AND NOW**, this _____ day of February, 2021, upon consideration of Defendants'

motions (Docs. 19, 21) to dismiss, and the parties' respective briefs in support of and

opposition to said motions, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1.      The motions (Docs. 19, 21) are **GRANTED**.

2.      The Clerk of Court is directed to **CLOSE** this case.

3.      Any appeal from this Order is **DEEMED** frivolous and not taken in good
        faith.  *See* 28 U.S.C. § 1915(a)(3).


                                        Robert D. Mariani
                                        United States District Judge